UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                  Case No. 10-24059-RAM

    THE RAUL PUIG GROUP, P.A.,                      Chapter 7

        Debtor.
_____/
DREW M DILLWORTH AS CHAPTER 7
TRUSTEE,

    Plaintiff,                                                         Adv. Case No.12-01394-RAM

-vs-

    THE RELATED GROUP OF FLORIDA,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    COMES NOW, DREW M DILLWORTH as Chapter 7 Trustee (hereinafter "Trustee") in the above-styled matter, and files this Notice of Voluntary Dismissal and voluntarily dismisses the underlying complaint in this Cause and otherwise dismisses this Adversary Case.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

    **I HEREBY CERTIFY** that a true and correct copy of this pleading was served via ECF Service on June 28th, 2012 upon: **James B. Miller, Esq.** and **Michael J. Shuman, Esq.**

    Dated: June 28th, 2012

                                                  Trustee's Counsel
                                                  19 West Flagler Street, Suite 416
                                                  Miami, FL 33130
                                                  Tel. No. (305) 374-0200
                                                  Fax. No. (305) 374-0250

                                                  _____/s/_____
                                                  **JAMES B. MILLER, ESQ.**
                                                  Fla. Bar No. 0009164