

**ORDERED in the Southern District of Florida on July 5, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 10-24059-RAM

    THE RAUL PUIG GROUP, P.A.,  Chapter 7

        Debtor.
_____/
DREW M DILLWORTH AS CHAPTER 7
TRUSTEE,

    Plaintiff,  Adv. Case No.12-01394-RAM

-vs-

    THE RELATED GROUP OF FLORIDA,

        Defendant.
_____/

## ORDER OF DISMISSAL

This matter came on before the Court for consideration of a voluntary dismissal,

and the Court, having reviewed the file, and finding good cause shown, does hereby

ORDER and ADJUDGE that:

1. That the instant adversary proceeding is dismissed without prejudice and the Clerk of the Court is directed to close this adversary proceeding.

###

Submitted by:
JAMES B. MILLER, ESQ.

Copies to:
JAMES B. MILLER, ESQ.
MICHAEL J. SHUMAN, ESQ.